■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CURLEY LEVER, Also Known as JAMES SMITH, Appellant.— Order of the Supreme Court, Kings County, dated July 22, 1968, affirmed. (*People* v. *Cooke,* 292

N. Y. 185, 190–191.)   Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.